**Slip Op. 99-113**

# UNITED STATES COURT OF INTERNATIONAL TRADE
## THE HONORABLE NICHOLAS TSOUCALAS

---

NTN BEARING CORP. OF AMERICA, NTN
CORPORATION, AMERICAN NTN BEARING MFG.
CORP., NTN DRIVESHAFT, INC. and
NTN-BOWER CORPORATION,

        Plaintiffs and
        Defendant-Intervenors,

        v.

UNITED STATES,

        Defendant,

KOYO SEIKO CO., LTD. and KOYO CORPORATION
OF U.S.A.; NSK LTD. and NSK CORPORATION, :

        Defendant-Intervenors,

THE TORRINGTON COMPANY,

        Defendant-Intervenor and
        Plaintiff.

Consolidated Court
No. 97-01-00092

---

## ORDER

Upon consideration of the motion of defendant-intervenors Koyo Seiko Co., Ltd. and

Koyo Corporation of U.S.A. (hereinafter collectively "Koyo"), for reconsideration, it is hereby

**ORDERED** that, in light of the decision of the Court of Appeals for the Federal Circuit in

NSK Ltd. v. United States, 1999 U.S. App. LEXIS 21338, at *21-*30 (Fed. Cir. Sept. 2, 1999), this

Court's Order in Slip Op. 99-71, dated July 29, 1999, is modified by redacting the last paragraph of

page fifteen remanding the case to the Department of Commerce with instructions to "review

the record to determine whether it is possible to isolate and remove the portions of Koyo's

warranty expenses which relate to non-scope merchandise from the adjustments to FMV or to

deny the adjustment if such a distinction and apportionment cannot be made"; and it is further

      **ORDERED** that this Court's Order in Slip Op. 99-71 is further modified by extending

the date by which the remand results are due to the Court an additional thirty (30) days; and it is

further

      **ORDERED** that the remainder of Slip Op. 99-71 is unchanged; and it is further

      **ORDERED** that the Department's final results are affirmed as they apply to Koyo Seiko

Co., Ltd. and Koyo Corporation of U.S.A.


                                    _____

                                       NICHOLAS TSOUCALAS
                                         SENIOR JUDGE

Dated: October 22, 1999
       New York, New York